# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Donovan Patrick Johnston,

      Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3-01-cv-363-3

Tony Stamey,

      Defendant(s).


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/27/05 Order.

**Signed: July 28, 2005**

Frank G. Johns, Clerk
United States District Court